GEORGE F. MORAN, Appellant, v. GERTRUDE E. MORAN, Respondent.— In an action for an accounting and to compel the delivery of alleged property of the plaintiff in possession of the defendant, for damages, for an injunction, and for other relief, order granting defendant's motion for an examination of the plaintiff before trial with respect to certain matters alleged in the affirmative defense and counterclaim affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

PHILIP NOVICK, as Receiver of the Property and Effects of CHARLES CHAMBERS, and JULIA L. CHAMBERS, Appellants, v. JULIAN GRAEFF CHAMBERS, DELMA CHAMBERS, and PAULINE E. CHAMBERS, and CHARLES CHAMBERS, Individually and as Successor Trustees of the Last Will and Testament of JAMES CHAMBERS, Deceased, HAMART REALTY CO., INC., and VERNOLIAN SCHWARZ, Respondents, and Others, Defendants.— Action for the construction of a will and for partition of certain real property. Three orders denying plaintiffs' motions to strike out certain defenses and counterclaims in three separate answers affirmed, with ten dollars costs and disbursements to respondents filing briefs. Order granting motion of defendants trustees under the will of James Chambers, deceased, and of the individual defendant Schwarz, restraining plaintiff Novick from interfering with property held in trust for defendant Charles Chambers, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALAN F. DIRKES, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of a violation of subdivision 5-a of section 70 of the Vehicle and Traffic Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HOUSTON, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions, convicting the defendant of the crime of operating a motor vehicle while intoxicated, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.